UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SHNIPES,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA SHAPIRO ESQ, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:22-CV-196<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 29th day of September 2023, for the reasons contained in the Memorandum Opinion filed concurrently with this Order, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part. (Doc. 6). All claims against the Commonwealth and Defendants in their official capacities are dismissed with prejudice. Defendants' motion to dismiss Counts I and III, Plaintiff's § 1983 and state law malicious prosecution claims is **DENIED.** Defendants' motion is granted as to all other counts and those claims are dismissed with prejudice. Finally, Defendants' motion to stay (Doc. 29) is **DENIED** as moot. The Court will issue a case management order setting forth pretrial deadlines separately.

Dated: September 29, 2023

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**